**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

LASHAUNNA AIKENS,                  )
                                         )
             Plaintiff,           )       Civil Action No. 19-203
                                           )
       v.                          )       Judge Cathy Bissoon
                                           )       Chief Magistrate Judge Cynthia Reed Eddy
UPMC SUSQUEHANNA,           )
                                         )
             Defendant.       )

## <u>MEMORANDUM ORDER</u>

This case has been referred to Chief United States Magistrate Judge Cynthia Reed Eddy

for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and

(B), and Local Rule of Civil Procedure 72.

On March 2, 2019, Chief Magistrate Judge Eddy issued a Report and Recommendation

(Doc. 2) recommending that Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Doc. 1)

be granted and this case be dismissed with prejudice for lack of subject matter jurisdiction

pursuant to Federal Rule of Civil Procedure 12(b)(1).  The Report and Recommendation was

sent to Plaintiff, and no objections have been filed.

After a review of the pleadings and documents in this case, together with the Report and

Recommendation, it hereby is ORDERED that:  Plaintiff's Motion for Leave to Proceed in

Forma Pauperis (Doc. 1) is GRANTED; this action is DISMISSED pursuant to Federal Rule of

Civil Procedure 12(b)(1); and Chief Magistrate Judge Eddy's Report and Recommendation (Doc.

2) is ADOPTED as the Opinion of the District Court.

IT IS SO ORDERED.


April 2, 2019                                    s\Cathy Bissoon_____
                                                 Cathy Bissoon
                                                 United States District Judge


cc (via First-Class U.S. Mail):

Lashaunna Aikens
406 Short Canal Street
Pittsburgh, PA 15215